OFT (4/15/13)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
April 22, 2013
Clerk, U.S. Bankruptcy Court
BY DEPUTY

In re  )
**Rosalba Mercado**  ) Case No. **12–39102–tmb7**
Debtor(s)  )
 )
 ) ORDER AND NOTICE
 ) OF TIME TO FILE CLAIMS
 )
 )

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **7/23/13** for all creditors, except for governmental units who must file by the later of either **7/23/13** or within 180 days after the date that relief was ordered. Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim electronically at www.orb.uscourts.gov. No ECF login/password is required.

(b) If not filed electronically, file with the Clerk, U.S. Bankruptcy Court, 1001 SW 5th Ave #700, Portland, OR 97204;

(c) If you have already filed a claim in this case, do not file it again; and

(d) Creditors who file more than 10 documents per year with the court are required to do so electronically per Local Bankruptcy Rule 5005–4.

Creditors:  More information is available at www.orb.uscourts.gov.